THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONIA SAYSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHMOND BEACH REHAB, LLC and JANE and JOHN DOES 1-5,<br><br>　　　　　Defendants. | Case No. 2:16-cv-0868-RSL<br><br>[PROPOSED]<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DISPOSITIVE MOTIONS FILING DEADLINE** |

THIS MATTER having come before the Court on the Stipulated Motion to Extend Dispositive Motions Filing Deadline, the Court having considered the Motion on record hereby states that the Parties' Stipulated Motion to Extend Dispositive Motions Filing Deadline is GRANTED.

Dispositive Motions Filing Deadline is now April 18, 2017.

ORDERED this __9th__ day of __March__, 2017.

　　　　　　　　　　　　　　　　__/s/ Robert S. Lasnik__
　　　　　　　　　　　　　　　　The Honorable ROBERT S. LASNIK
　　　　　　　　　　　　　　　United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND DISPOSITIVE MOTIONS FILING
DEADLINE - 1

114965.0112/6895161.1