THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONIA SAYSON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RICHMOND BEACH REHAB, and JOHN JANE DOES 1-5,<br><br>　　　　　　　　Defendants. | Case No 2:16-cv-00868-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

The Plaintiff and the Defendants, by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action be dismissed with prejudice and without costs to either party.

DATED this 3rd day of May, 2017.

**STIPULATED ORDER OF DISMISSAL**　　　　　-1-

HAROLD H. FRANKLIN, JR. WSBA #20486
459 SENECA AVE NW
Renton, WA 98057
(206)617-7031

| | |
|---|---|
| By: /s/ Kelly M. Lipscomb<br>Lane Powell P.C.<br>Barbara J. Duffy, WSBA No. 18885<br>duffyb@lanepowell.com<br>Kelly M. Lipscomb, WSBA No.43022<br>lipscombk@lanepowell.com<br>Attorneys for the Defendants | By: *Harold H. Franklin, Jr*<br>Harold H. Franklin, Jr. WSBA # 20486<br>Attorney for the Plaintiff<br>haroldfranklin1@comcast.net |

## ORDER

Based on the foregoing Stipulation of the parties,

IT IS ORDERED that the above-entitled parties to the above entitled action be DISMISSED with prejudice and without costs to either party.

DONE this 4th day of May, 2017.

_____
JUDGE

Presented by:

By: *Harold H. Franklin, Jr*
Harold H. Franklin, Jr. WSBA # 20486
Attorney for the Plaintiff
haroldfranklin1@comcast.net

Stipulated and Agreed to;
Notice of Presentation Waived:

By: /s/ Kelly M. Lipscomb
Lane Powell PC
Barbara J. Duffy, WSBA No. 18885
duffyb@lanepowell.com
Kelly M. Lipscomb, WSBA No.43022
lipscombk@lanepowell.com
Attorneys for the Defendants

**STIPULATED ORDER OF DISMISSAL**                -2-

HAROLD H. FRANKLIN, JR. WSBA #20486
459 SENECA AVE NW
Renton, WA 98057
(206)617-7031